UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN HATCH

C.A. NO. 05-155(S)

v.

PITNEY BOWES, INC.

## AFFIDAVIT OF SERVICE

I, Noelle K. Clapham, hereby declare under penalty of perjury, that pursuant to Rule 4(1) of the Federal Rules of Civil Procedure, I did cause a copy of the Summons and Complaint to be served upon Defendant Pitney Bowes, Inc., by certified mail, return receipt requested. Attached hereto and made a part of the court record is the original United States Postal Service Domestic Return Receipt (aka "green card").

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 26th day of May, 2005.

N.K. Clapham
Noelle K. Clapham

## CERTIFICATE OF SERVICE

I, Noelle K. Clapham, hereby certify that on this 26th day of May, 2005, I caused a true and complete copy of the foregoing to be mailed first class postage prepaid to Defendant's Registered Agent for Serivce of Process: CT Corporation System, One Commercial Plaza, Hartford, CT 06103.

N.K. Clapham

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PITNEY BOWES, INC.
C/O CT CORPORATION SYSTEM
ONE COMMERCIAL PLAZA
HARTFORD, CT 06103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Angie Farmer

C. Date of Delivery 5/20/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7002 0860 0006 2475 1136

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035