**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STEPHEN HATCH,** **Plaintiff** | : | |
| **-v-** | : | **C.A. NO. 2005-155 (S)** |
| **PITNEY BOWES, INC.** **Defendant** | : | |

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

Plaintiff STEPHEN HATCH and Defendant PITNEY BOWES, INC. hereby stipulate and agree that the time to respond to the Complaint shall be extended from June 9, 2005 to July 11, 2005.

**IT IS SO STIPULATED:**

Dated: June ___, 2005

By: [signature]

Thomas J. McAndrew
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (410) 455-0350
Fax: (410) 455-0882

Nicole A. Diller (*pro hac vice pending*)
Andrew C. Sullivan (*pro hac vice pending*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Attorneys for Defendant
Pitney Bowes, Inc.

Dated: June 10, 2005

By: Noelle K. Clapham

Noelle K. Clapham
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
Tel: (401) 783-3600
Fax: (401) 783-3670

Attorney for Plaintiff
Stephen Hatch

**IT IS SO ORDERED:**

Dated: June ___, 2005

WESmith

The Hon. William E. Smith
United States District Judge

6/23/05

1-SF/7244866.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June, 2005, I caused the foregoing ***Stipulation to Extend Defendant's Time to Respond to Complaint and [Proposed] Order*** to be mailed to:

Noelle K. Clapham
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Robin A. Pourier