UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN HATCH
Plaintiff(s)

v. C.A. No. 2005-155 (S)

PITNEY BOWES, INC.
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/Defendant Pitney Bowes Inc. hereby moves that Nicole Diller be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which defense counsel specializes:
- Defense counsel's long-standing representation of the client: Pitney Bowes Inc.
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which defense counsel is familiar, specifically : ERISA litigation.
- The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______.
- It is a criminal case, and ______ counsel is defendant's counsel of choice.
- Other: ______.

(Plaintiff/Defendant)
By: [signature]
Attorney for Pitney Bowes Inc.

DATED: ______

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) SEE ATTACHED, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | [signature] |
| Name Nicole A. Diller | Thomas J. McAndrew<br>Local Associate Counsel |
| | 1001<br>R.I. Bar ID # |
| Morgan, Lewis & Bockius LLP<br>Firm Name | Thomas J. McAndrew & Associates<br>Firm Name |
| One Market, Spear St. Tower<br>Business Address | One Turks Head Place, Suite 205<br>Business Address |
| San Francisco, CA 94105 | Providence, RI 02903 |
| 415-442-1000 Tel. #   415-442-1001 Fax # | 401-455-0350 Tel. #   401-455-0882 Fax # |

---

**Order :** This motion is hereby Granted

U.S. District Judge [signature]

Date: 7/11/05