UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN HATCH<br>Plaintiff | : | C.A. No. 2005-155 (S) |
| v. | : | |
| PITNEY BOWES, INC.<br>Defendant | : | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes the Plaintiff, Stephen Hatch, with the assent of the Defendant, Pitney Bowes, Inc. and hereby moves for an Order extending the time in which the Plaintiff may object to Defendant's Motion to Dismiss up to an including Monday, August 8, 2005.

PLAINTIFF STEPHEN HATCH
By his Attorney,

Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

Assented to:

Nicole A. Diller, Esquire
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

**CERTIFICATION**

I hereby certify that on this 25 day of July, I mailed a true and complete copy of the foregoing to Defendant's counsel of record: Thomas J. McAndrew, Esquire, Thomas J. McAndrew & Associates, One Turks Head Place, Suite 205, Providence, RI 02903; Nicole A. Diller, Esquire and Andrew C. Sullivan, Esquire, Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105.

Michelle Gregoire