FILED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN HATCH<br>Plaintiff | : | C.A. No. 2005-155 (S) |
| v. | : | |
| PITNEY BOWES, INC.<br>Defendant | : | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes the Plaintiff, Stephen Hatch, with the assent of the Defendant, Pitney Bowes, Inc. and hereby moves for an Order extending the time in which the Plaintiff may object to Defendant's Motion to Dismiss up to an including Monday, August 8, 2005.

PLAINTIFF STEPHEN HATCH
By his Attorney,

GRANTED
William E. Smith
U.S. District Judge
7/26/05

Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

Assented to:

Nicole A. Diller, Esquire
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105