Pitney Bowes

April 16, 1998

STEPHEN HATCH
239 HOPPIN HILL RD
N ATTLEBORO, MA 02760-4423

Dear Stephen:

You have been approved for Pitney Bowes Long Term Disability Plan benefits effective 2/1/98, since you presently meet the Plan definition of "totally disabled" for your own occupation. **To determine your continuing eligibility for Plan benefits, we will be requesting medical information from your attending physician. The intervals of these requests will be determined by Pitney Bowes' medical personnel.**

Please note: **If your doctor does not provide the necessary medical information, your benefit may be delayed or even denied.** Please be aware written permission will be needed, from the Long Term Disability Administrator, if you plan to travel, pursue or maintain employment or schooling outside of Pitney Bowes Inc., during the period you are out of work on disability

The Plan provides for monthly income equal to 50 % of your monthly earnings, based on your higher earnings for either one of your last two complete calendar years of work prior to the date of Long Term Disability, or your highest five (5) years of earnings, whichever provides the higher monthly average. **This amount is offset by other monthly income such as Social Security Disability Income.** Your benefit has been based on your 1997 earnings of $116,836.00. Your benefits are taxable in accordance with your Bene-Fit Your Life election.

The amount of $4,868.17 represents 50% of your monthly earnings. **This amount, less your Social Security Disability Income**, and a deduction of $99.83 for elected benefit coverage's (see benefit profile attached) would be the normal monthly benefit due you from the Long Term Disability Plan. Your regular payroll wages have been terminated effective February 1, 1998.

At the end of each month you qualify for LTD benefits, starting in February 1998, you will receive a Long Term Disability Plan benefit in the amount of $4,768.34 (50% = $4,868.17 less $99.83) from Pitney Bowes' Payroll Department.

Pitney Bowes



**Your checks will include Social Security's portion of your benefit until we have the award information.**

**When Social Security pays its portion of your Long Term Disability Benefit, a reimbursement check must be sent to us to cover the months that Pitney Bowes paid the full share of your benefit.**

Refer to the attached information regarding your other benefits while you are on Long Term Disability

If you have any questions, please feel free contact me at 1-800-455-8484 and press #0 to be connected. Please address mail to my attention as follows:

Pitney Bowes Inc.
World Headquarters
1 Elmcroft Road
Stamford, CT 06926-0700
Attn.: Javad Din 07-00

Best wishes,

Sincerely,

Javad A Din
Claims Examiner
Corporate Disability Plans

**Enclosures 12010.0**