Pitney Bowes

Pitney Bowes Employee Service and Support Center

MSC 68-00
68 Elmcroft Road
Stamford, CT 06926 - 0700

1-800-932-3631
www.pitneybowes.com

August 7, 2003

Mr. Stephen Hatch
239 Hoppin Hill Road
N Attleboro, MA 02760-4423

Dear Mr. Hatch:

Following your Independent Medical Evaluation with Dr. Logue in May of this year, your file was reviewed with regard to updated forms, calculations, etc. An error in the calculation of your Long Term Disability (LTD) Benefit has been uncovered and brought to the attention of the Disability Department.

When you first went out on LTD on 2/1/1998, your benefit was calculated based on your 1997 earnings of $116,836.00. Based on this calculation, you received $4868.17/monthly on a pre-tax basis. This was later offset when you received Social Security Disability ($1,449.00). Since that time, you have been receiving $3,419.17 monthly minus the cost of benefits chosen by you in flex enrollment.

Section 2:3 of the LTD Plan states:

2.3 "Annual Earnings" shall mean actual annual earnings paid to the Employee, including base pay, incentive pay, bonuses, commissions, overtime and merit pay but excluding such payments as severance pay, stock options, sign-on bonuses, suggestion awards and prizes, adoption payments, relocation payments, expense reimbursements and long-term cash incentive units payments. Earnings also include compensation that is not currently included in the Employee's gross income by reason of the application of Sections 125, 132 (a) (qualified transportation expenses), 401 (k) or 402 (h) (I) (B) of the Code. The annual earnings amount shall be the higher of (a) or (b) below:

(a) The higher earnings of either of the last two (2) full calendar years prior to the date of Total Disability; and

(b) The highest average annual earnings for any five (5) consecutive calendar years of employment prior to the date of Total Disability.

I am enclosing copies of your Compensation Profile covering the years 1978 through 1997. The Wash W2 is used for the calculation of your benefits. Because your date of Total Disability started in 1997 with Short Term Disability (STD), the calculations should have been based on your 1996 earnings of $68,445.00. This error has resulted in

an overpayment to you of $133,075.14 beginning in 1998 and continuing through July, 2003.

1997 Wash W2 $116,836 divided by 12 months at 50%= $4,868.17/monthly

1996 Wash W2 $68,445 divided by 12 months at 50%= $2851.88/monthly

SSDI offset of $1449.00/monthly

Based on the 1997 calculations you received $3419.17 pre-tax monthly after the offset

Based on the corrected 1996 calculations, you should have received $1402.88 pre-tax monthly after the offset

$3419.17 minus $1402.88=$2016.29 overpayment monthly

You received this overpayment for 11 months in 1998 and 12 months in 1999 through 2002 and the first seven months in 2003. This is a total of 66 months @2016.29 =$133,075.14.

As a result of the overpayment, your monthly LTD benefit payments will cease, effective immediately, until the overpayment is recouped. If in the interim, on the merits of your case, you are found not to be totally disabled and thus not eligible for future LTD benefits, you will be required to repay the portion of the overpayment outstanding at such time.

You presently pay $676.00 annually for Dental and AD&D coverage. This equates to $56.33/monthly. You receive a $250.00 cash back annually for waiving medical coverage. That annual cash back will continue as long as your remain on LTD and the cash back process remains in practice. You will need to call into the ESSC (Employee Service Center) at 1-800-932-3631 to make arrangements for monthly payments to continue your Dental and AD&D coverage.

You also have the option of calling and arranging a payment plan for the monies outstanding.

In addition, a Vocational Assessment will be arranged for you through Crawford and Company as a follow-up to Dr. Logue's IME. Crawford will be in touch with you to arrange for this appointment.

Stephen, I know that you will have many questions and concerns when you receive this letter. Please feel free to call me at 1-800-932-3631, option 2, option 4, ext 7190. I have included a copy of the LTD Plan for your review.

Sincerely,

Barbara L. Bianco

Barbara L. Bianco, RN, C.C.M.

> C 10500,00174418480,1997 ON HMDU3

LEVEL 02 LINK FROM U50P6

PARS C O M P E N S A T I O N P R O F I L E

PAY GROUP > 10500 EMPLOYEE KEY > 00174418480
EMPLOYEE NAME > STEPHEN A HATCH

| YEAR | COMM | INCENT | OVER TIME | PROFIT SHARE | SICK | VAC | SALARY/ BASE RATE | WASH W2 | 401(K) |
|---|---|---|---|---|---|---|---|---|---|
| 1991 | 9443 | 0 | 0 | 1716 | 0 | 0 | 30083 | 48472 | 38290 |
| 1992 | 6557 | 0 | 0 | 263 | 0 | 0 | 30500 | 43366 | 38290 |
| 1993 | 10704 | 0 | 0 | 0 | 0 | 0 | 31450 | 55835 | 38290 |
| 1994 | 6363 | 0 | 0 | 0 | 0 | 0 | 38221 | 51255 | 38290 |
| 1995 | 5085 | 0 | 0 | 0 | 0 | 0 | 41487 | 55033 | 38290 |
| 1996 | 23036 | 0 | 0 | 0 | 0 | 0 | 39362 | 68445 | 38290 |
| 1997 | 56647 | 0 | 0 | 0 | 0 | 0 | 39000 | 116836 | 38290 |

A205W-END OF LIST 02/06/98 09:36:59 M3LL PRD1 ____