FROM : FAX NO. : Nov. 28 2001 04:44AM P1

PitneyBowes

March 24, 2003

Re: Stephen Hatch
SS#: 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

To Whom It May Concern.

This letter is to confirm that Mr. Hatch has been on Long Term Disability (LTD) since February 1, 1998 and he receives a monthly disability check. He will remain on LTD as long as he is considered to be totally disabled for any occupation.

If you have any questions I can be reached at 1-800-455-8484 extension 70[illegible]3.

Sincerely,

Erica Alexander

Erica Alexander
Claims Examiner

Attention Monica
information you requested
Diane + Stephen Hatch

Page # 1 of 2

World Headquarters Stamford, Connecticut 06926-0700

** TOTAL PAGE.01 **

B4

FROM : FAX NO. : Jan. 06 2003 11:30PM P1