**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED AUG 09 2005 DISTRICT COURT

**STEPHEN HATCH,**
**Plaintiff**

**-v-** : **C.A. NO. 2005-155 (S)**

**PITNEY BOWES INC.**
**Defendant**

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes Defendant Pitney Bowes Inc., with the assent of the Plaintiff, Stephen Hatch, and hereby moves for an Order extending the time in which Defendant may reply to Plaintiff's opposition to Defendant's Motion to Dismiss up to and including August 22, 2005.

DEFENDANT PITNEY BOWES INC.
By Its Attorneys,

Dated: August 8, 2005

By: /s/ Thomas J. McAndrew

Thomas J. McAndrew
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Nicole A. Diller
Andrew C. Sullivan
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Assented to:

Noelle K. Clapham
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

GRANTED
/s/ WEM
William E. Smith
U.S. District Judge
8/9/05