**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN HATCH,** | : | |
| **Plaintiff** | : | |
| | : | |
| **-v-** | : | **C.A. NO. 2005-155 (S)** |
| | : | |
| **PITNEY BOWES INC.** | : | |
| **Defendant** | : | |

**ASSENTED-TO MOTION FOR CONTINUATION OF HEARING**

Now comes Defendant Pitney Bowes Inc., with the assent of the Plaintiff Stephen Hatch, and moves for an Order continuing the date of the hearing on Defendant's Motion to Dismiss. Pitney Bowes Inc. makes this motion on the grounds that its national ERISA litigation counsel, Nicole Diller, has a previously scheduled overseas trip making her unavailable to be in Rhode Island on September 26, 2005. Pitney Bowes Inc. therefore requests that the hearing on Defendant's Motion to Dismiss be postponed until October 3, 2005 at 3:30 p.m. or as soon thereafter as practicable. Defense counsel has consulted with counsel for Plaintiff, who is available to attend an October 3, 2005 hearing.

DEFENDANT PITNEY BOWES INC.
By Its Attorneys,

Dated: September 6, 2005

By: [signature]

Thomas J. McAndrew (#1001)
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Nicole A. Diller
Andrew C. Sullivan

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Assented to:

Noelle K. Clapham
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

**IT IS SO ORDERED:**

Dated: September ___, 2005

______________________________
The Hon. William E. Smith
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2005, I caused the foregoing **Assented-to Motion for Continuation of Hearing** to be mailed to:

Noelle K. Clapham
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Robin A. Poirier
______________________

1-SF/7281278.1