**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STEPHEN HATCH,**
**Plaintiff**

**-v-** **C.A. NO. 2005-155 (S)**

**PITNEY BOWES INC., PITNEY BOWES INC. LONG-TERM DISABILITY PLAN AND PITNEY BOWES INC. LONG-TERM DISABILITY PLAN EMPLOYEE BENEFITS COMMITTEE**
**Defendants**

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Now comes Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long-Term Disability Plan, and the Pitney Bowes Inc. Long-Term Disability Plan Employee Benefits Committee (collectively, "Defendants"), with the assent of the Plaintiff, Stephen Hatch, and hereby move for an Order extending the time in which Defendants may file their responsive pleading to Plaintiff's Amended Complaint. Because Plaintiff filed his Amended Complaint in response to Magistrate Judge Martin's Report and Recommendation to dismiss certain counts of Plaintiff's Complaint (the "Report") and both Parties have filed partial objections to the Report, the Court has scheduled a hearing for January 23, 2006 at 9:30 a.m. Defendants move for an Order extending the time to file their responsive pleading to the Amended Complaint until three weeks after either the Court enters an order relating to the Parties' partial objections to the Report, which results in Plaintiff's Amended Complaint becoming the operative complaint for purposes of the litigation, or the date on which Plaintiff files a second amended complaint, whichever the Court directs.

DEFENDANT PITNEY BOWES INC.,
PITNEY BOWES INC. LONG-TERM
DISABILITY PLAN, AND PITNEY
BOWES INC. LONG-TERM DISABILITY
PLAN EMPLOYEE BENEFITS
COMMITTEE
By Its Attorneys,

Dated: December 28, 2005

By: Thomas J. McAndrew

Thomas J. McAndrew /001
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Nicole A. Diller
Andrew C. Sullivan
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Assented to:

Noelle K. Clapham
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

**IT IS SO ORDERED:**

Dated: December ___, 2005

_______________________________
The Hon. William E. Smith
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2005, I caused the foregoing **Assented-to Motion for Extension of Time** to be mailed to:

Noelle K. Clapham
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Robin A. Poirier