UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STEPHEN HATCH,** **Plaintiff** | : | |
| **-v-** | : | **C.A. NO. 2005-155 (S)** |
| **PITNEY BOWES INC.** **Defendant** | : | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Now comes Defendant Pitney Bowes Inc., by request of the Plaintiff, Stephen Hatch, and with his assent, to hereby move for an Order extending the time in which both Plaintiff and Defendant may reply to the Parties' partial objections to Magistrate David L. Martin's Report and Recommendation up to and including January 13, 2006.

DEFENDANT PITNEY BOWES INC.
By Its Attorneys,

Dated: December 28, 2005

By: [signature]

Thomas J. McAndrew /ooi
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Nicole A. Diller
Andrew C. Sullivan
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

GRANTED
[signature]
William E. Smith
U.S. District Judge
12/29/05