**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STEPHEN HATCH,** | : | |
| **Plaintiff** | : | |
| | : | |
| **-v-** | : | **C.A. NO. 2005-155 (S)** |
| | : | |
| **PITNEY BOWES INC., PITNEY BOWES INC. LONG-TERM DISABILITY PLAN AND PITNEY BOWES INC. LONG-TERM DISABILITY PLAN EMPLOYEE BENEFITS COMMITTEE** | : | |
| **Defendants** | : | |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Now comes Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long-Term Disability Plan, and the Pitney Bowes Inc. Long-Term Disability Plan Employee Benefits Committee (collectively, "Defendants"), with the assent of the Plaintiff, Stephen Hatch, and hereby move for an Order extending the time in which Defendants may file their responsive pleading to Plaintiff's Amended Complaint. Because Plaintiff filed his Amended Complaint in response to Magistrate Judge Martin's Report and Recommendation to dismiss certain counts of Plaintiff's Complaint (the "Report") and both Parties have filed partial objections to the Report, the Court has scheduled a hearing for January 23, 2006 at 9:30 a.m. Defendants move for an Order extending the time to file their responsive pleading to the Amended Complaint until three weeks after either the Court enters an order relating to the Parties' partial objections to the Report, which results in Plaintiff's Amended Complaint becoming the operative complaint for purposes of the litigation, or the date on which Plaintiff files a second amended complaint, whichever the Court directs.

GRANTED

William E. Smith
U.S. District Judge
12/29/05