**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STEPHEN HATCH,** | : | |
| **Plaintiff** | : | |
| | : | |
| **-v-** | : | **C.A. NO. 2005-155 (S)** |
| | : | |
| **PITNEY BOWES INC., PITNEY BOWES INC. LONG-TERM DISABILITY PLAN AND PITNEY BOWES INC. LONG-TERM DISABILITY PLAN EMPLOYEE BENEFITS COMMITTEE** | : | |
| **Defendants** | : | |

**ASSENTED-TO MOTION FOR STAY OF PROCEEDINGS**

Now come Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long-Term Disability Plan (the "Plan"), and the Employee Benefits Committee of Pitney Bowes Inc. (the "Committee"), with the assent of Plaintiff Stephen Hatch, who request the Court to stay proceedings in this action until July 14, 2006. The reasons for the request are stated below.

On April 24, 2007, the Court issued an order on Defendants' motion to dismiss Plaintiff's Complaint (the "Order"). The Order dismissed Plaintiff's claims under the Americans with Disabilities Act and the Employee Retirement Income Security Act of 1974, as amended, and found that Counts IV, V and VI of the complaint may proceed. The order requires Plaintiff to file an amended complaint conforming to its terms.

On September 21, 2006, the Pitney Bowes Absence Management Department (the "Department") notified Plaintiff that it had conducted a periodic review of Plaintiff's continued eligibility for long-term disability benefits under the Plan. That letter further notified Plaintiff that the Department found that Plaintiff no longer qualified as "totally disabled" within the

meaning of the Plan, making him ineligible for further benefits. On March 19, 2007, Plaintiff appealed the termination of his benefits to the Committee. The Committee will inform Plaintiff of its determination on his appeal by July 14, 2007.

The Committee's determination on Plaintiff's appeal, whether favorable to Plaintiff or not, will likely impact the nature of the claims Plaintiff will assert in the Second Amended Complaint. As a result, Defendants request that the Court stay the proceedings in this action until July 14, 2007, which will permit the Second Amended Complaint to incorporate Plaintiff's legal position with respect to the matters at issue. By staying the case until July 14, 2007, the Court and the parties will avoid the unnecessary burden and expense that would be associated with the filing of multiple amended complaints.

Defendants Pitney Bowes Inc., the Pitney Bowes Inc. Long-term Disability Plan, and the Employee Benefits Committee of Pitney Bowes Inc.
By Its Attorneys,

Dated: June 13, 2007 By: /s/ Thomas J. McAndrew

Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903
Tel: (401) 455-0350
Fax: (401) 455-0882

Nicole A. Diller
Andrew C. Sullivan
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Assented to:

Noelle K. Clapham
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

**IT IS SO ORDERED:**

Dated: June ___, 2007

________________________________________
The Hon. William E. Smith
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2007, I caused the foregoing **Assented-to Motion for Extension of Time** to be delivered via the ECF system to the following:

Noelle K. Clapham
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

/s/ Thomas J. McAndrew