UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN HATCH<br>Plaintiff<br><br>v.<br><br>PITNEY BOWES, INC., PITNEY BOWES, INC. LONG-TERM DISABILITY PLAN AND PITNEY BOWES, INC. LONG-TERM DISABILITY PLAN EMPLOYEE BENEFITS COMMITTEE<br>Defendants | : | C.A. No. 05-155 (S)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO AMEND AND LIFT STAY OF PROCEEDINGS**

Now comes the Plaintiff, and hereby moves to amend his complaint in the form attached hereto as Exhibit 1, and to lift the stay of proceedings imposed by Order of this Court dated June 15, 2007. In support of his Motion, Plaintiff relies on his Memorandum of Law, attached hereto and made a part hereof.

Respectfully submitted,

PLAINTIFF STEPHEN HATCH

By his Attorney,

/s/ Noelle K. Clapham
Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401)783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

**CERTIFICATION**

I hereby certify that on this ___________, the foregoing was served upon Defendants' counsel of record listed below in accordance with this Court's rules on electronic filing:

Thomas J. McAndrew, Esq.
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903

Nicole A. Diller, Esq.
Andrew C. Sullivan, Esq.
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105

/s/ Noelle K. Clapham

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN HATCH | : | |
| Plaintiff | : | C.A. No. 05-155 (S) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PITNEY BOWES, INC., PITNEY BOWES, | : | |
| INC. LONG-TERM DISABILITY | : | |
| PLAN AND PITNEY BOWES, INC. | : | |
| LONG-TERM DISABILITY PLAN | : | |
| EMPLOYEE BENEFITS COMMITTEE | : | |
| Defendants | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND AND LIFT STAY OF PROCEEDINGS**

This matter came before this Honorable Court on the Plaintiff's Complaint. Without belaboring the factual background that has already been extensively covered in earlier Memoranda, at dispute in this matter was the amount of benefits that should be paid to the Plaintiff pursuant to Defendant Pitney Bowes' Long Term Disability Plan. Defendant Bowes had notified Plaintiff that he had been "overpaid" long term disability benefits in the past, and that Plaintiff's long term disability benefits – his only source of income – would be summarily withheld until such time as the entire alleged "overpayment" had been recouped. Plaintiff challenged this action, alleging among other things, violations of ERISA, unlawful discrimination based upon disability, and retaliation for earlier complaints of discrimination based upon disability.

Initially, Pitney Bowes, Inc. was the sole Defendant. That Defendant filed a Motion to Dismiss. After briefing and hearing, the Magistrate Judge issued a Report & Recommendation thereon. That Report & Recommendation was then reviewed and modified. However, both the Report & Recommendation and the reviewing judge agreed that the Plaintiff should have the

opportunity to amend his complaint, insofar as it appeared that in regards to Counts I and VIII of the original Complaint, the Plaintiff had not brought action against the correct parties, Pitney Bowes Long-Term Disability Plan and Pitney Bowes Inc. Long-Term Disability Plan Employee Benefits Committee.

In the interim, the Plaintiff had been found ineligible for continued long-term disability benefits under the Plan, in that the Plaintiff was no longer deemed "totally disabled" as defined under the Plan terms. The Plaintiff appealed this determination to the Long-Term Disability Plan Employee Benefits Committee. Accordingly, the parties entered an Assented-to Motion for Stay of Proceedings. This was done not only to permit the Plaintiff to amend the complaint so as to add the correct parties, but also to allow the Plaintiff to add any further counts regarding the disability determination.

Since the imposition of that stay, Plaintiff has been successful in his appeal of his disability determination. Therefore, there is no need for further counts on that subject or a further stay pending proceedings. Plaintiff has prepared his amended complaint so as to add the Plan and its Committee, as instructed by this Court.[1] Accordingly, Plaintiff moves for permission to file said amended complaint, and for lifting of the stay.

[1] Plaintiff has continued to keep the original Defendant, Pitney Bowes, as Defendant on its ERISA counts, and also to bring both counts of discrimination as well as retaliation. Although Pitney Bowes was dismissed as a party for the ERISA counts, and the reviewing judge's found that the statutes forbidding discrimination did not apply here, Plaintiff's Second Amended Complaint includes these matters so as to preserve these issues for appeal.

Respectfully submitted,

PLAINTIFF STEPHEN HATCH

By his Attorney,

/s/ Noelle K. Clapham
Noelle K. Clapham (5338)
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401)783-3600
(401) 783-3670 (fax)
claphamlaw@verizon.net

**CERTIFICATION**

I hereby certify that on this ___________, the foregoing was served upon Defendants' counsel of record listed below in accordance with this Court's rules on electronic filing:

Thomas J. McAndrew, Esq.
Thomas J. McAndrew & Associates
One Turks Head Place, Suite 205
Providence, RI 02903

Nicole A. Diller, Esq.
Andrew C. Sullivan, Esq.
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105